IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| FRANK and AMY FORMICA,<br><br>Plaintiffs,<br><br>v.<br><br>PARKE BANCORP, INC.,<br><br>Defendant. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 21-13867-KMW-SAK<br><br>**ORDER** |

**WILLIAMS, District Judge:**

This matter having come before the Court on Defendant's Motion for Summary Judgment (ECF No. 38), and Plaintiff's Motion for Partial Summary Judgment, (ECF No. 39); the Court having received Defendant's Opposition (ECF No. 43), Plaintiff's Opposition (ECF No. 44), and Defendant's Reply (ECF No. 45); and for the reasons set forth in the Opinion of even date; and for good cause shown;

IT IS this **30th** day of **November 2023**, hereby

**ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED;** and

**FURTHER ORDERED** that Plaintiffs' Motion for Partial Summary Judgment is **DENIED**; and

**FURTHER ORDERED** that the Clerk's Office remand Plaintiffs' remaining claims to state court and close this case.

KAREN M. WILLIAMS
United States District Judge